IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATHENA REMLINGER, | : | CIVIL NO. 1:18-CV-0984 |
| Plaintiff | : | (Judge Wilson) |
| v. | : | (Magistrate Judge Saporito) |
| LEBANON COUNTY, et al., | : | |
| Defendants | : | |

FILED
WILKES BARRE
DEC 23 2020
PER MS
DEPUTY CLERK

## ORDER

**AND NOW, this 23rd day of December, 2020,** upon consideration of the plaintiff's unopposed motion for extension of the existing case management deadlines (Doc. 77), **IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED.**

2. The existing case management deadlines are extended for a period of sixty (60) days, as follows:

    a. **Discovery.** All discovery shall be completed by March 1, 2021.

      b.    **Expert Reports.**  Reports of Plaintiff's retained experts shall be produced by <u>April 10, 2021</u>.  Reports of Defendants' retained experts shall be produced by <u>March 10, 2021</u>.  Supplementations shall be due <u>April 24, 2021</u>.

      c. **Dispositive Motions.**  All case dispositive motions shall be filed by <u>May 26, 2021</u>.

 

*/s/ Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**